Opinion issued July 25, 2023



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00492-CV

_____

## COURTNEY WILKINSON, Appellant

## V.

## VINCENT C. MORILLE, JR. AND LAURA MORILLE, Appellees

On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Case No. 21-DCV-284704

## MEMORANDUM OPINION

Appellant, Courtney Wilkinson, filed a notice of appeal from the trial court's June 5, 2023 final judgment. On July 14, 2023, appellant filed a motion to dismiss her appeal, representing that she and appellees, Vincent C. Morille, Jr. and Laura

Morille, had "finally settled" their dispute. Appellant requested that this Court grant her motion to dismiss her appeal.

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating that appellant conferred, or made a reasonable attempt to confer, with appellees regarding the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.